IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,         )

      v.                      )        CR. NO. 2:07CR322-MHT

JOHN W. GOFF               )

### **NOTICE OF APPEARANCE**

        The undersigned gives notice of appearance as counsel for the defendant, John W.

Goff, in the above-styled case. All pleadings, motions, orders and other papers in the

case should be served on the undersigned counsel at the address listed below.

                    /s/ Donald R. Jones, Jr.
                    Donald R. Jones, Jr. (JON091)
                    ASB-8900-O67D
                    Attorney for Defendant, John W. Goff

OF COUNSEL:

Donald R. Jones, Jr., P.C.
Attorney at Law
2000 Interstate Park Drive
Suite 104
Montgomery, AL  36109
Telephone:    (334) 277-3939
Facsimile:     (334) 277-3772
don@djoneslaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 4th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Louis V. Franklin, Sr.
Acting United States Attorney
One Court Square, Suite 101
P.O. Box 197
Montgomery, AL 36101-0197

Stephen P. Feaga
Assistant United State Attorney
One Court Square, Suite 101
P.O. Box 197
Montgomery, AL 36101-0197

<u>/s/ Donald R. Jones, Jr.</u>
OF COUNSEL