IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) CR NO.: 2:07-322-MHT |
| JOHN W. GOFF, | ) |
| | ) |

## NOTICE OF FILING OF AFFIDAVIT

COMES NOW, the Defendant John W. Goff (hereinafter "Defendant" or "Goff"), and requests this Honorable Court provide further instruction regarding Goff's passport. In furtherance thereof, Goff offers the following:

1. On Thursday, April 3, 2008, this Honorable Court instructed Goff to turn over his passport within twenty-four (24) hours of his release.

2. On Thursday, April 3 and Friday, April 4, Goff searched his personal possessions and files in search of his passport.

3. At this time, Goff is unable to locate his passport and requests further instruction from the Court regarding same. (See Affidavit of John W. Goff attached hereto as Exhibit A)

Respectfully submitted this the 7th day of April, 2008.

/s/ Donald R. Jones, Jr.
Donald R. Jones, Jr. (JON091)
Attorney for Defendant

**OF COUNSEL:**
Donald R. Jones, Jr.
**DONALD R. JONES, JR., P.C.**
2000 Interstate Park Drive, Suite 104
Montgomery, AL 36109
Telephone (334) 277-3939

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April, 2008, I electronically filed the forgoing with the Clerk of the Court using the *AlaFile* system which will send notification of such filing to the following:

Louis V. Franklin, Sr.
Acting United States Attorney
One Court Square, Suite 101
P.O. Box 197
Montgomery, AL 36101-0197

Stephen P. Feaga
Assistant United State Attorney
One Court Square, Suite 101
P.O. Box 197
Montgomery, AL 36101-0197

/s/ Donald R. Jones, Jr.
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CR NO.: 2:07-322-MHT |
| | ) |
| JOHN W. GOFF, | ) |

STATE OF ALABAMA

COUNTY OF MONTGOMERY

### AFFIDAVIT OF JOHN W. GOFF

I, John W. Goff, being first duly sworn, depose and say on oath as follows:

1. My name is John W. Goff and I am over the age of nineteen years and am a resident of Montgomery County, Alabama.

2. On Thursday, April 3, 2008, I was instructed to turn over my passport within twenty-four (24) hours of my release.

3. On Thursday, April 3 and Friday, April 4, I searched my personal possessions and files in search of my passport.

4. At this time, I am unable to locate my passport.

5. I have moved several times over the last few years and can only imagine my passport was lost during one of those moves.

6. There is a remote chance that my passport is located at my safety deposit box located at Region's Bank at 2381 Taylor Road, Montgomery, Alabama 36116. I no



EXHIBIT A

longer have a key for this box and have been informed by Region's personnel, that for a One Hundred Fifty (150) Dollar fee, I may have the box drilled.

7. My safety deposit box will be drilled this afternoon and contents searched immediately thereafter in search of my passport.

8. My passport may be expired at this date. I last left the country in or about the year 2000 when I attended an insurance convention in Bermuda.

Further the affiant saith not.

_____
John W. Goff

SWORN TO AND SUBSCRIBED BEFORE ME on this 7th day of April 2008, witness my hand and official seal of office.



Mickie B. Peacock, Notary Public
My commission expires 09-11-2010