IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | CR. NO. 2:07CR322-MHT |
| JOHN W. GOFF | ) | |

### MOTION TO CONITNUE

Comes now John W. Goff, by and through the undersigned counsel and requests this Honorable Court to continue the arraignment currently scheduled for April 7, 2008, for approximately seven (7) to ten (10) days, in order to allow the Defendant additional time to procure all counsel to participate in his defense.  The undersigned has consulted with attorneys for the United States and represent that they do not oppose this Motion.

/s/ Donald R. Jones, Jr
Donald R. Jones, Jr. (JON091)
ASB-8900-O67D
Attorney for Defendant, John W. Goff

OF COUNSEL:

Donald R. Jones, Jr., P.C.
Attorney at Law
2000 Interstate Park Drive
Suite 104
Montgomery, AL  36109
Telephone:    (334) 277-3939
Facsimile:    (334) 277-3772
don@djoneslaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on this the 7th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Louis V. Franklin, Sr.
Acting United States Attorney
One Court Square, Suite 101
P.O. Box 197
Montgomery, AL 36101-0197

Stephen P. Feaga
Assistant United State Attorney
One Court Square, Suite 101
P.O. Box 197
Montgomery, AL 36101-0197

                                        /s/ Donald R. Jones, Jr.
                                        OF COUNSEL