IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:07cr322-MHT |
| ) | |
| JOHN W. GOFF ) | |

### ORDER ON MOTION

Defendant, JOHN W. GOFF, filed a motion to continue arraignment on April 7, 2008 (Doc. #15). For good cause, it is ORDERED that the motion is GRANTED. Accordingly, it is

FURTHER ORDERED that arraignment for this defendant be and is hereby reset from April 7, 2008 to April 14, 2008 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 7th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE