IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **V.** | ) | CR. NO. 2:07CR322-MHT |
| **JOHN W. GOFF** | ) | |

NOTICE OF APPEARANCE OF
COUNSEL FOR DEFENDANT

Comes now Milton C. Davis and enters his appearance as additional counsel of record for the Defendant John W. Goff and respectfully requests that all notices, correspondence, pleadings, orders and communications regarding the above styled case be also directed to him as additional counsel for the Defendant.

Respectfully Submitted,

**s/Milton C. Davis**_____
**MILTON C. DAVIS (ASB 1050-I31M)**
Attorney for Defendant
John W. Goff

Address:

Law Offices Of Milton C. Davis
304 North Main Street
PO Box 830509
Tuskegee, AL 36083-0509
(334) 727-6500 Telephone
(334) 727-6556 Facsimile
E-mail: davismiltonc@bellsouth.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Hon. Stephen Feaga, U. S. Attorney – Stephen.feaga@USDOJ.GOV and Hon.  J. B. Perrine, U. S. Attorney – JB.Perrine@USDOJ.GOV and Hon. Donald R. Jones, Jr., Attorney for the Defendant – don@djoneslaw.com

                                              **s/Milton C. Davis**
                                              **MILTON C. DAVIS**
                                              Attorney for Defendant
                                              John W. Goff