IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr322-MHT |
| JOHN W. GOFF | ) | |

ORDER

In order to discuss a definite trial date, including even the possibility of a special setting, it is ORDERED that an on-the-record status conference is set for April 16, 2008, at 9:30 a.m. at the Frank M. Johnson, Jr., United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

Counsel for all parties are to be present.

DONE, this the 15 day of April, 2008.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE