IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr322-MHT |
| **JOHN W. GOFF** | ) | |

ORDER

It is ORDERED that an on-the-record status conference, now set for April 16, 2008, is reset for April 21, 2008, at 9:30 a.m. at the Frank M. Johnson, Jr., United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

Counsel for all parties are to be present.

DONE, this the 15 day of April, 2008.

                                         /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**