IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr322-MHT |
| **JOHN W. GOFF** | ) | (WO) |

## OPINION AND ORDER

This case is now before the court on defendant John W. Goff's oral motion to continue trial, made in open court on April 21, 2008. For the reasons set forth below, the court concludes that the continuance motion should be granted.

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir.), cert. denied, 479 U.S. 823 (1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an ... indictment with the commission of an offense shall commence within seventy days from the

> filing date (and making public) of the ... indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would deny counsel for the defendant ... the reasonable time necessary for effective preparation." 18 U.S.C. § 3161(h)(8)(B)(iv).

The court concludes that, in this case, a continuance is necessary. The trial is currently scheduled for September 22, 2008, but because of the large quantity of discovery documents, more time is needed for defense counsel to review the documents, file appropriate motions and pleadings, undertake discovery, and prepare for

trial. Thus, the ends of justice served by granting a continuance outweigh the interest of the public and defendant Goff in a speedy trial. Accordingly, it is ORDERED as follows:

(1) Defendant John W. Goff's oral motion to continue, made in open court on April 21, 2008, is granted.

(2) Defendant Goff's trial and jury selection are continued to the criminal term of court commencing January 5, 2009, at 10:00 a.m. at the Frank M. Johnson, Jr., United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 21st day of April, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**