IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | CR. NO. 2:07CR322-MHT |
| JOHN W. GOFF | ) | |

### MOTION FOR REVISED SCHEDULING ORDER

Comes now John W. Goff, by and through the undersigned counsel and requests this Honorable Court to revise its current Scheduling Order to adjust deadlines in the previously entered order to reflect the change in the trial date to January 5, 2009.

/s/ Donald R. Jones, Jr
Donald R. Jones, Jr. (JON091)
ASB-8900-O67D
Attorney for Defendant, John W. Goff

OF COUNSEL:

Donald R. Jones, Jr., P.C.
Attorney at Law
2000 Interstate Park Drive
Suite 104
Montgomery, AL  36109
Telephone:     (334) 277-3939
Facsimile:     (334) 277-3772
don@djoneslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 13th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Louis V. Franklin, Sr.
Acting United States Attorney
One Court Square, Suite 101
P.O. Box 197
Montgomery, AL 36101-0197

Stephen P. Feaga
Assistant United State Attorney
One Court Square, Suite 101
P.O. Box 197
Montgomery, AL 36101-0197


                                            /s/ Donald R. Jones, Jr.
                                            OF COUNSEL