IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-322-MHT |
| | ) | |
| JOHN W. GOFF | ) | |

**UNITED STATES' MOTION FOR EXTENSION OF TIME TO PRODUCE DISCOVERY**

COMES NOW the United States of America, by and through Louis V. Franklin, Sr., Acting United States Attorney for the Middle District of Alabama, and hereby moves this Court to extend the time for the production of discovery in this case. As grounds for this Motion, the United States provides the following:

1. On April 14, 2008, this Court entered its Order on Arraignment (Doc. #20), which required the United States to make its initial tender of discovery to Defendant by May 14, 2008.

2. Pursuant to this Order, the United States has provided Defendant with the following discovery: (1) documents Bates numbered USA 00000001 to USA 00688438, which are contained on 28 DVD/CDs, (2) a hard copy of documents Bates numbered USA 00131558 to USA 00674927, which are contained in 170 boxes, (3) two audio CDs which contain recorded telephone calls, (4) transcripts of the recorded telephone calls, and (5) pursuant to Defendant's specific request, an index of the materials produced on the 28 DVD/CDs. Defendant has yet to take possession of the 170 boxes though they have been available to him for weeks.

3. The discovery already provided to Defendant includes the early production of Jencks

Act material, including grand jury testimony. The government has borne the cost of all of the discovery provided to Defendant to date.

4. One category of information that has not yet been produced to Defendant is material stored in a proprietary software format, namely the "TeamMate" software format. This material can be accessed only through using the "TeamMate" software, which the government currently does not own. As part of the production of discovery in this case, the government has been engaged in the process of purchasing this proprietary software, which is available solely through one particular vendor. Since "TeamMate" software is a "sole source" product, particular governmental regulations must be followed to purchase this software. Complying with these regulations and navigating through the bureaucratic channels have sufficiently delayed the government's purchase of the "TeamMate" software such that this product will not be available to the government by May 14, 2008.

5. Consequently, the United States respectfully requests that this Court grant the government an additional 45 days to make initial disclosure of discovery to Defendant with respect to the material stored in the "TeamMate" software format. The United States expects that an additional 45 days is required to complete the purchase of the "TeamMate" software, install the software on a qualifying government computer, access the material stored in this format, and produce this material in a medium accessible to Defendant (e.g., hard copies).

6. Since trial is set for January 5, 2009, and the government has already produced the vast majority of all expected discovery to Defendant, the requested extension of 45

days should not pose any hardship or burden on Defendant.

Wherefore, the United States respectfully requests that this Court grant this Motion and extend by 45 days the time period the government has to tender initial discovery to Defendant in this case.

Respectfully submitted, this 13th day of May, 2008.

        LOUIS V. FRANKLIN, SR.
        ACTING UNITED STATES ATTORNEY

        /s/J.B. Perrine
        /s/Stephen P. Feaga
        Assistant United States Attorneys
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334) 223-7280

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-322-MHT |
| | ) | |
| JOHN W. GOFF | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2008, I filed the forgoing via the Court's electronic filing system which shall send a copy of the same to all counsel of record.

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

/s/ J.B. Perrine
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
jb.perrine@usdoj.gov