IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO: 2:07cr322-MHT |
| | ) | |
| JOHN W. GOFF | ) | |

## ORDER ON MOTION

On April 21, 2008, the Jury Selection and Trial dates were reset to January 5, 2009. The Defendant moved to Amend/Correct the Arraignment Order (Doc 27, filed May 13, 2008) and the Government moved for Discovery Production Deadline to be Extended (Doc. 28, filed May 13, 2008).

For good cause, it is ordered that the motions (Docs #27, 28) are **GRANTED**. Accordingly, the dates are adjusted as follows:

Discovery due from the Government by June 30, 2008,

Discovery due from the Defendant by July 7, 2008,

Pretrial Motions due by October 27, 2008,

Pretrial Conference set for November 10, 2008 at 9:00 a.m. in Courtroom 5-A,

Any Voir Dire Questions and Jury instructions due by December 29, 2008.

Done this 15th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
 UNITED STATES MAGISTRATE JUDGE