IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
   v. ) CRIMINAL ACTION NO.
)   2:07cr322-MHT
**JOHN W. GOFF** )      (WO)

<u>ORDER</u>

It is ORDERED that defendant John W. Goff's motion for continuance (Doc. No. 70) is set for hearing on January 13, 2009, at 3:00 p.m.

It is further ORDERED that the government is to file a response to the motion by 10:00 a.m. on January 13, 2009.

DONE, this the 12th day of January, 2009.

                        /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**