IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr322-MHT |
| **JOHN W. GOFF** | ) | (WO) |

### ORDER

It is ORDERED that the motion in limine (Doc. No. 85) is set for submission, without oral argument, on January 26, 2009, with all briefs due by said date.

Done, this the 23rd day of January, 2009.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE