IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr322-MHT |
| **JOHN W. GOFF** | ) | (WO) |

### ORDER

Both of the parties, as well as the report and recommendations of the magistrate (Doc. No. 58), rely on the reasons offered by the government in support of its motion to seal the original indictment. That motion and the subsequent order granting it, sealed as part of criminal miscellaneous case number 07cm1234, should be made a part of the record in this case.

Accordingly, it is ORDERED that the clerk of the court make that motion and the order granting it a part of the record.

Done, this the 23 day of January, 2009.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**