IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )       2:07cr322-MHT
JOHN W. GOFF                )           (WO)
```

### ORDER

It is ORDERED that the motion in limine (Doc. No. 96) is set for submission, without oral argument, on January 28, 2009, with all briefs due by said date.

Done, this the 27th day of January, 2009.

        /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE