IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr322-MHT |
| JOHN W. GOFF | ) | (WO) |

### ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (doc. no. 83) and the objections filed by defendant John W. Goff (doc. no. 100), and after an independent and de novo review of the record, including the transcript of the evidentiary hearing conducted January 9, 2009, it is ORDERED as follows:

(1) Defendant John W. Goff's objections (doc. no. 100) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 83) is adopted.

(3) Defendant Goff's motion to disqualify the United States Attorney's Office for the Middle District of

**Alabama (doc. no. 56) and motion to dismiss the indictment for bad faith prosecution (doc. no. 57) are denied.**

**Done, this the 29th day of January, 2009.**

                                        /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**