IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:07cr322-MHT
JOHN W. GOFF                )
```

OPINION AND ORDER

This criminal case is before the court on the Probation Department's petition to modify defendant John W. Goff's conditions of release to include partial home confinement along with a mental-health assessment and, if indicated, mental-health treatment. Based on the evidence presented at a hearing on December 23, 2009, the court finds that there is not only evidence that, in November 2009, Goff entered a local pawn shop and attempted to purchase an antique hand gun that once belonged to him, there is also evidence that he lied to his probation officer and may have attempted to influence a potential witness. While the court is deeply troubled

by this evidence, it will agree to the proposed modification.  Goff is, however, on notice that any failure on his part in the future to abide by <u>all</u> conditions of supervision will not be well received by the court.

    Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that the petition for modification (doc. no. 201) is granted and that the conditions of release are modified to include the two conditions set forth in said petition.

    DONE, this the 13th day of January, 2010.


                                 <u>/s/ Myron H. Thompson</u>
                              **UNITED STATES DISTRICT JUDGE**