**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:07cr322-MHT** |
| | ) | **(WO)** |
| **JOHN W. GOFF** | ) | |

**ORDER**

Upon consideration of defendant John W. Goff's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c), it is ORDERED that the motion is denied with leave to renew.

Should Goff seek to renew his motion, he must file a motion that explains *how* 18 U.S.C. § 3582(c) authorizes this court to grant a sentence reduction in his case. The renewed motion must set forth the particular subsection(s) of § 3582(c) upon which Goff relies and explain in detail how Goff meets each of the requirements of the relevant subsection(s).

DONE, this the 1st day of May, 2018.

                                              /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**