# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:07cr322-MHT
                            )            (WO)
JOHN W. GOFF                )
```

## ORDER

Upon consideration of defendant John W. Goff's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c) (doc. no. 223), it is ORDERED that the motion is denied. Defendant Goff does not qualify for a reduction under § 3582(c) and has failed to point to any other valid basis for the court to grant the requested reduction.

DONE, this the 27th day of September, 2018.

                                  /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**