**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:07cr322-MHT** |
| | ) | **(WO)** |
| **JOHN W. GOFF** | ) | |

**ORDER**

Based upon the representations made on the record today, and on the recommendation of the probation officer that the motion be granted due to defendant John W. Goff's compliance with all terms of supervision, payment of restitution in accordance with the court's order, and successful reintegration into the community, it is ORDERED that defendant Goff's petition for early termination of supervised release (Doc. 252) is granted, and he is discharged.

DONE, this the 27th day of October, 2022.

                                                   /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**